STATE OF NEW JERSEY v. RALPH M. CARBONE.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE MILTON, JR.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH PAPCIAK.

June 1, 1976. Petition for certification denied.

AEROSPACE PRECISION INDUSTRIES, INC. v.
AUGUST E. BERNHARDT.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH R. RIVERS.

June 10, 1976. Petition for certification denied.

PHILLIP GUBER v. BIG CAR WASH, INC.

June 15, 1976. Petition for certification denied.